

FILED
December 29, 2014
Third Court of Appeals
Jeffrey D. Kyle
Clerk



RECEIVED
DEC 29 2014
THIRD COURT OF APPEALS
JEFFREY D. KYLE

NO. 03-14-00571-CR

| | | |
|---|---|---|
| RAYMOND MEDINA | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | THIRD JUDICIAL DISTRICT |
| | § | |
| STATE OF TEXAS | § | SITTING AT AUSTIN, TEXAS |

## PRO SE MOTION FOR ACCESS TO APPELLATE RECORD

To The Honorable Justices of the Third Court of Appeals, Now Comes Raymon Medina, in the above styled and numbered cause, and moves this Court to grant him access to the appellate record in this matter , and for good cause shows the following:

### I.

Attorney Kelly J. Workman-Ellis was appointed by the trial court to represent Raymon Medina in the appeal of his conviction and sentence in Trial Cause No. B-14-00412-SA rendered in the 119th Judicial District Court of Tom Green County, Texas on June 16, 2014.

### II.

Counsel for Raymond Medina prepared and filed an "Anders Brief" on behalf of Appellant and a Motion to Withdraw as Counsel.

## III.

The undersigned desires to file a *pro se* response identifying those matters he submits are meritorious grounds for appeal. Access to the appellate record is necessary to prepare that response.

**WHEREFORE, PREMISES CONSIDERED**, Raymon Medina prays this Court grant this Pro Se Motion for Access to Appellate Record.

Respectfully submitted,

By: ___Raymon Medina___
RAYMOND MEDINA
*Pro Se*

2

## CERTIFICATE OF SERVICE

This is to certify that on 1 2-23-2014 , a true and correct copy of the

above and foregoing Pro Se Motion for Access to Appellate Record was served in

accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on each party

and/or counsel as listed below:

    The State of Texas                 By Mail
    Mr. Leland Fletcher Lacy
    Ms. Meagan White
    Tom Green County District Attorney
    124 West Beauregard Avenue
    San Angelo, Texas 76903
    Appellee

Raymon Medina 12-23-2014
RAYMON MEDINA

3

Rayman Medina #1942741
wheeler unit
986 County Rd
Plainview
76012

AMARILLO TX 791

24 DEC 2014 PM 12 L

PRIVILEGED OFFENDER
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION

legal
Mail

Jeffrey D. Kyle clerk
Third court of Appeals
Post office Box 12547
Austin Texas
78711

FOREVER USA 2014